**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| CITY OF PHILADELPHIA, | : | No. 22 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| LIBIO MATOS, CRISTOBAL INVESTMENT, | : | |
| INC. AND LIBIO MATOS AS PRESIDENT | : | |
| OF CRISTOBAL INVESTMENT, INC., | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 15th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.